LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| THANG NGUYEN, | CIVIL NO. 2:07-cv-02029 DAD |
|     Plaintiff, | |
|     v. | STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that counsel for Plaintiff, as assignee, be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of FOUR THOUSAND, FIVE HUNDRED DOLLARS ($4,500.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d).

    This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

| | | |
|---|---|---|
| Dated: November 13, 2009 | | /s/*Bess M. Brewer* <br> *(As authorized via email)* <br><br> BESS M. BREWER <br> Attorney for Plaintiff <br><br> LAWRENCE G. BROWN <br> United States Attorney |
| Dated: November 13, 2009 | By: | /s/ *Elizabeth Firer* <br> ELIZABETH FIRER <br> Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff, as assignee, shall be awarded attorney fees in the amount of FOUR THOUSAND, FIVE HUNDRED DOLLARS ($4,500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation. Plaintiff's motion for attorney fees under EAJA filed September 28, 2009 (Doc. No. 24) is hereby rendered moot.

DATED: November 13, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/nguyen2029.stipord.attyfees

2